to a reference, were an unwise exercise of discretion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

ERNEST K. HUTCHINSON, Appellant, v. WILLIAM R. COE, Respondent.— Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

INTER-REPUBLIC AND FOREIGN CORPORATION, Respondent, v. ZEB MAYHEW and Others, Defendants, Impleaded with ZEB MAYHEW, Individually, etc., Appellant. — Order reversed upon the law and facts, with ten dollars costs and disbursements, and motion to continue injunction denied, and said injunction vacated, with ten dollars costs. There is no proof in the record that the moneys on deposit in the two banks in question are moneys belonging to plaintiff, nor that the defendant Mayhew is insolvent or unable to respond to any judgment which may be rendered against him. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Trust Created by JOSEPHINE S. PRICE and Another, etc., for the Benefit of MARTHA A. STEWART, During Her Life, etc. H. STEWART PRICE, Individually and as Executor, etc., of HENRY R. PRICE, Deceased, Appellant; MARTHA A. STEWART, Individually, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ANNA JOHNSON, as Administratrix, etc., of JOHN JOHNSON, Deceased, Appellant, v. THE DOLLAR STEAMSHIP LINE, INC., Respondent, Impleaded with Another, Defendant.— Order modified so as to provide that the amendment be granted upon payment of all costs in the action to the date of the order, together with ten dollars costs of the motion, and as so modified affirmed, with ten dollars costs and disbursements on this appeal to the plaintiff and against the respondent. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

JAMES J. KELLY, Respondent, v. GAULEY COAL MINING CO., INC., Appellant.— Order modified by striking therefrom the provision requiring a bond from the defendant as a condition of opening the default, and substituting therefor a provision that the judgment shall stand meanwhile as security; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice.

JEAN K. LAURY, Respondent, v. FREDERICK G. SELLERS, Doing Business as SELLERS EXPRESS COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

EVA LINGG, as Administratrix, etc., of JOSEPH LINGG, Deceased, Respondent, v. WINSLOW STILLWELL, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LOWELL INSULATED WIRE COMPANY OF NEW YORK, INC., Respondent, v. JOHN J. LEAHY ELECTRICAL SUPPLIES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HEID, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN SCHNEIDER,